IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
ELLEN J. JONES DIAL, Individually and on behalf of the Estate of EDDIE P. JONES, Decedent

Civil Case #  1:17-cv-01810-RLY-TAB

**AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Eddie P. Jones

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Ellen J. Jones Dial, Administrator

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Pennsylvania

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Pennsylvania

6. Plaintiff's/Deceased Party's current state of residence:

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Eastern District of Pennsylvania

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   See Master Complaint, Paragraphs 6 through 28.

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

2

☐   Gunther Tulip Mreye

☐   Cook Celect Platinum

☐   Other: _____

11. Date of Implantation as to each product:

   3/16/2011

12. Hospital(s) where Plaintiff was implanted (including City and State):

   Lankenau Medical Center, 100 Lancaster Ave. Wynnewood, PA 19096

13. Implanting Physician(s):

   Vikram S. Dravid, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

   ☒   Count I:     Strict Products Liability – Failure to Warn

   ☒   Count II:    Strict Products Liability – Design Defect

   ☒   Count III:   Negligence

   ☒   Count IV:    Negligence Per Se

   ☒   Count V:     Breach of Express Warranty

   ☒   Count VI:    Breach of Implied Warranty

   ☒   Count VII:   Violations of Applicable <u>Connecticut</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

   ☐   Count VIII:  Loss of Consortium

3

☐   Count IX:    Wrongful Death

☐   Count X:     Survival

☒   Count XI:    Punitive Damages

☐   Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

15. Attorney for Plaintiff(s):

David P. Matthews

16. Address and bar information for Attorney for Plaintiff(s):

2905 Sackett St., Houston, Texas 77098

David P. Matthews, Texas Bar No. 13206200

_____

        Respectfully submitted,

        **Matthews & Associates**

        *s/ David P. Matthews*
        David P. Matthews, Bar No. 13206200
        2905 Sackett Street
        Houston, TX 77098
        Telephone: (713) 522-5250
        Facsimile: (713) 535-7184
        matthewsivc@thematthewslawfirm.com
        lsantiago@thematthewslawfirm.com

        ***Lead Counsel for Plaintiff***